MWS: USAO# 2019R00838

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. ELH-19-0596 |
| v. | * | |
| | * | (Theft of Mail Matter by a Postal |
| KIARA B. MORTON, | * | Employee, 18 U.S.C. § 1709; |
| | * | Destruction of Mail by a Postal |
| Defendant. | * | Employee, 18 U.S.C. § 1703(a)) |

******

### INDICTMENT

### COUNT ONE
**(Theft of Mail Matter by a Postal Employee)**

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to this Indictment:

1. Defendant **KIARA B. MORTON ("MORTON")** was a resident of Owings Mills, Maryland, and was employed by the United States Postal Service (the "Postal Service") as a Mail Processing Clerk assigned to the Incoming Mail Facility ("IMF") in Linthicum, Maryland.

2. The Postal Service is an agency of the United States government responsible for transporting letters, parcels, and other mail matter as directed by postal customers.

3. **MORTON**'s duties as a Postal Support Employee, Mail Processing Clerk included feeding letter mail onto a Delivery Barcode Sorter ("DBCS") so the automated equipment could then sort the mail to the intended stacker on the DBCS. After mail pieces were fed onto the DBCS, a clerk would then be responsible for sweeping the mail from the DBCS and placing the mail into the corresponding letter tray for the appropriate Delivery Point Sequence ("DPS"), or post office destination. At times, **MORTON** was the only Mail Processing Clerk assigned to a DBCS, so she was responsible for both the feeding of the mail, and placing the mail on the corresponding letter tray.

4.  **MORTON** was not authorized to open articles of mail that she collected and sorted in the course of her work as a Mail Processing Clerk.

### General Allegations

5.  Beginning no later than May 8, 2019, and continuing through on or about June 19, 2019, **MORTON** opened and stole from articles of mail she sorted in her capacity as a Mail Processing Clerk. **MORTON** ripped the sealed envelopes of the articles of mail in the process of opening them.

6.  **MORTON** removed gift cards and United States currency from articles of mail she had opened without authorization, and retained them with intent to convert to her own personal use.

7.  The articles of mail opened by **MORTON** were intended to be conveyed by mail and carried and delivered by employees of the Postal Service from a post office or station of the Postal Service.

### The Charge

8.  Beginning no later than May 8, 2019, and continuing through on or about June 19, 2019, in the District of Maryland, the defendant,

**KIARA B. MORTON,**

being a Postal Service officer and employee, did knowingly embezzle any letter, postal card, package, bag, and mail, and any article and thing contained therein, entrusted to her and which came into her possession intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and of the Postal Service, and did intentionally steal, abstract, and remove from any such letter, package, bag, and mail, any article and thing contained therein, with

intent to convert to her own use, to wit: the defendant removed and stole gift cards for various retailers and United States currency from letters and greeting cards that had been placed in the mail stream and then came into the defendant's possession in the course of her work as Mail Processing Clerk for the Postal Service.

18 U.S.C. § 1709

## COUNT TWO
### (Destruction of Mail by a Postal Employee)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraphs 1 through 7 of Count One are incorporated here.

2. Beginning no later than May 8, 2019, and continuing through on or about June 19, 2019, in the District of Maryland, the defendant,

**KIARA B. MORTON,**

being a Postal Service officer and employee, did unlawfully secrete, destroy, detain, delay, and open any letter, postal card, package, bag, and mail entrusted to her and which came into her possession, and which was intended to be conveyed by mail, and carried and delivered by any carrier and other employee of the Postal Service, and forwarded through and delivered from any post office or station thereof established by authority of the Postmaster General and the Postal Service, to wit: the defendant briefly removed from the mail stream various articles of mail that came into her possession in the course of her work as a Mail Processing Clerk for the Postal Service, and opened these articles of mail without authorization, in order to ascertain whether their contents had any value.

18 U.S.C. § 1703(a)

Robert K. Hur /MWS
Robert K. Hur
United States Attorney

SIGNATURE REDACTED

Foreperson
Date: December 17, 2019